# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158171(54)(55)

TOWNSHIP OF WILLIAMSTOWN,
        Plaintiff-Appellee,

v

SANDALWOOD RANCH, LLC, ALEC
KOLENDA, and SARAH KOLENDA,
        Defendants-Appellants,
and

LOVE ADVERTISING, INC.,
        Defendant.
_____/

SC: 158171
COA: 337469
Ingham CC: 15-000570-CZ

On order of the Chief Justice, the motions of defendants-appellants to extend the time for filing their reply and to exceed the page limitation are GRANTED. The reply submitted on September 18, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2018



Clerk